IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ANGELA BIESECKER, | : | |
| | : | |
| Plaintiff, | : | CIVIL ACTION NO. 21-649 |
| | : | |
| v. | : | |
| | : | |
| PA ATTORNEYS GENERAL; PA MEDICAL FRAUD UNIT; PA DEPARTMENT HUMAN SERVICES; CEREBRAL PALSY OF CHESTER COUNTY; BERKS COUNTY PUBLIC DEFENDER; CHRISTIAN SONDERGAARD; ELIZABETH MADIGAN; and BERKS COUNTY COMMON PLEAS COURT, PRESIDENT JUDGE PARISI, | : | |
| | : | |
| Defendants. | : | |

## ORDER

**AND NOW**, this 28th day of May, 2021, after considering the application for leave to proceed *in forma pauperis* (Doc. No. 1) and complaint (Doc. No. 2) filed by the *pro se* plaintiff, Angela Biesecker; and for the reasons set forth in the separately filed memorandum opinion, it is hereby **ORDERED** as follows:

1. The application for leave *in forma pauperis* (Doc. No. 1) is **GRANTED** and the plaintiff has leave to proceed *in forma pauperis*;

2. The complaint (Doc. No. 2) is **DEEMED** filed;

3. The plaintiff's civil rights claims are **DISMISSED WITH PREJUDICE** except for (1) her claims that are otherwise barred by *Heck v. Humphrey*, 512 U.S. 477 (1994) and (2) the plaintiff's ability to challenge her conviction through habeas corpus proceedings, which are **DISMISSED WITHOUT PREJUDICE**; and

4. The clerk of court shall **CLOSE** this case.

BY THE COURT:

*/s/ Edward G. Smith*
EDWARD G. SMITH, J.